No. 85–7116.   STAWICKI v. ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–7118.   TRIPATI v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 85–7119.   RANKEL v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 85–7120.   PELAES v. UNITED STATES; and
No. 86–59.   OSORNO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Reported below: 790 F. 2d 254.

No. 85–7121.   DAVIS v. COOMBE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–7123.   BROWN v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 7th Cir.   Certiorari denied.

No. 85–7126.   TUCKER v. WILLIS, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–7127.   THACKER v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 85–7130.   VALERIANO v. LOPES, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTIONS.   C. A. 2d Cir.   Certiorari denied.

No. 85–7131.   BREEST v. CUNNINGHAM, WARDEN.   C. A. 1st Cir.   Certiorari denied.

No. 85–7132.   LOGGINS v. FREY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 85–7133.   JONES v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 85–7134.   BARKER v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 85–7135.   COLLIER v. NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON.   C. A. 11th Cir.   Certiorari denied.